UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**  CASE NO. 6:25-MJ-00183-01

**VERSUS**  MAGISTRATE JUDGE DAVID J. AYO

**MAHMOUD AMIN YA'QUB AL-MUHTADI (01)**

**MINUTES OF COURT:**
**Initial Appearance**

| Date: | Oct 17, 2025 | Presiding: | Magistrate Judge David J. Ayo |
|---|---|---|---|
| Court Opened: | 10:00 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 3:40 PM | Court Reporter: | LCR |
| Statistical Time: | 05:40 | Courtroom: | CR4 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| | | |
|---|---|---|
| John Woodley Nickel, Andrew Sigler and Zoe Bedell (AUSA) | For | United States of America |
| John Piccione, standing in for Aaron Adams and Dustin Talbot (AFPD) | For | Mahmoud Amin Ya'qub Al-Muhtadi, Defendant |
| Lester Gauthier (RET) (Standby Counsel) | For | Mahmoud Amin Ya'qub Al-Muhtadi, Defendant |
| Mahmoud Amin Ya'qub Al-Muhtadi, Defendant | | |
| Bachar Alhalabi (Via VTC) | | Interpreter, Arabic (Levantine Dialect) |

**PROCEEDINGS**

**BEFORE COURT OPENED:**
Defendant Provided with Charging Document(s)
In chambers conference with counsel and the Court held before proceeding

Lester Gauthier appeared in the limited capacity as retained stand by counsel for the defendant. Mr. Gauthier orally moved to withdraw as counsel and requested a Garcia hearing. The motion to withdraw was orally granted and a sealed Garcia hearing was held following the initial appearance.

**INITIAL APPEARANCE ON: Complaint**
Interpreter Sworn
Defendant Sworn
Affidavit read in full on the record and translated by the Interpreter
Defendant Advised of Charges, Maximum Penalties & Rights
Preliminary Hearing: Set for: 10/22/2025 at 1:00 p.m.
Detention Hearing Requested By: Defendant
Detention Hearing: Set for: 10/22/2025 at 1:00 p.m.

**MOTIONS:**
Oral motion for appointed counsel by defendant.

**ORDER:**
Based on the information provided orally on the record, the court finds that defendant does not have the financial resources to retain counsel.  The motion for appointment of counsel is granted and the Office of the Federal Public Defender is hereby appointed to represent defendant or to recommend counsel to represent defendant in all further proceedings.

**MOTIONS:**
Counsel for the defendant orally moved pursuant to the First Amendment to the United States Constitution and the Religious Freedom Restoration Act, that an order be issued to the US Marshals to accommodate the defendant while in custody with the following requests made on the record that relate to:

- Halal Diet Accommodation
- Daily Prayer Accommodation
- Fasting Accommodations

**ORDER:**
IT IS ORDERED that the Court GRANTS the relief requests, as it is in line with the US Marshals' regulations and the ability for the facility to accommodate those requests. The court will revisit when and as necessary should the need arise. Counsel for the defendant shall maintain contact with the US Marshals regarding the ability for the facilities to accommodate the religious requests. The US Marshals shall accommodate the defendant to the extent that they can reasonably do so, that is also in line with any applicable US Marshal and facility regulations.

**CONSULAR NOTIFICATION**
Counsel for the defendant shall discuss the concept of Consular Notification and the ability to waive said notification with the defendant and shall contact the US Attorney's Office should the defendant wish for such notification.

**CUSTODY STATUS:**
Order Scheduling Detention Hearing signed

Defendant is ordered detained pending a preliminary and detention hearing set for 10/22/2025 at 1:00 p.m. in Courtroom 4 before Magistrate Judge Whitehurst.

**ORDER:**

Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.